# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY<br>5000 Overlook Avenue, S.W.,<br>Washington, DC 20032<br><br>*Plaintiff,*<br><br>v.<br><br>ARMED FORCES RETIREMENT HOME.<br>140 Rock Creek Church Rd NW<br>Washington, DC 20011<br><br>SERVE ON:<br>Via Certified Mail<br>Armed Forces Retirement Home<br>140 Rock Creek Church Rd NW<br>Washington, DC 20011<br><br>Via Certified Mail<br>Civil Process Clerk<br>United States Attorney's Office for the District of Columbia<br>555 4th Street NW<br>Washington, DC 20530<br><br>Via Certified Mail<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br><br>*Defendant.* | No. _____ |

## COMPLAINT FOR BREACH OF CONTRACT

1. This is an action for breach of contract.

## JURISDICTION AND PARTIES

2. This Court has jurisdiction over this action because it "arises under" U.S. Const. art. III, § 2 as it involves a suit against an independent establishment of the executive branch.

3. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

4. Venue is proper pursuant to 28 U.S.C. § 1391(a) because this district is where a substantial part of the events or omissions that gave rise to this action occurred.

5. Plaintiff District of Columbia Water and Sewer Authority ("DC Water") is an independent authority of the District of Columbia. DC Code § 34-2202.02.

6. Defendant Armed Forces Retirement Home ("AFRH") is an independent Agency in the Executive Branch of the United States Government operating pursuant to 24 USC § 401 *et seq*.

7. AFRH operates a retirement home in the Northwest quadrant of the District of Columbia ("AFRH-W"), with an address of 140 Rock Creek Church Rd NW Washington, DC 20011.

## FACTS

8. DC Water is the statutorily mandated provider of water and sewer services within the District of Columbia. DC Code § 34-2202.02.

9. The various buildings on the AFRH-W grounds are connected to the water and sewer mains operated by DC Water.

10. Through these water and sewer mains, DC Water provides fresh water to and removes and treats sewage from the buildings on AFRH-W's grounds.

11. The Clean Water Act, 33 U.S.C. § 1251 *et seq*., requires that any sewage removed from the buildings on AFRH-W's property be properly treated.

12. This treatment requires AFRH-W's sewage to be transported to the Blue Plains Advanced Wastewater Treatment Plant (Blue Plains) through the sewers operated and maintained by DC Water.

13. The sewer system in the District of Columbia consists of hundreds of miles of pipes ranging in size from 8-inches to 27-feet in diameter and includes pumping stations necessary to ensure the smooth flow of the sewage to Blue Plains.

14. DC Water is statutorily obligated to maintain, repair, and replace these sewers as necessary, and incurs substantial costs each year to carry out these tasks.

15. Once the sewage arrives at Blue Plains, it is subject to a complex treatment process so that the water discharged from the Blue Plains plant meets the standards of the Clean Water Act.

16. In January 2004, DC Water informed AFRH that DC Water would begin charging AFRH for sewer services provided to AFRH-W buildings starting in June 2004.

17. Beginning in June 2004, and at regular intervals since, DC Water has billed AFRH for the sewer services provided by DC Water to AFRH-W at the rates set by the DC Retail Water and Sewer Rates Committee.

18. Since June 2004, AFRH has accepted the sewer services provided to the buildings on the AFRH-W grounds without objection and has never requested that DC Water stop providing sewer services to the AFRH-W buildings.

19. AFRH has refused to pay for the sewer services billed by DC Water.

20. DC Water and AFRH have entered into a series of agreements tolling the statute of limitations and preserving DC Water's right to seek compensation for services provided from January 22, 2010 through the present.

### COUNT I - BREACH OF CONTRACT (QUANTUM MERUIT)

21. All of the foregoing is incorporated by reference as if fully restated herein.

22. The sewer services billed to AFRH-W are the kind of services that are typically paid for by individuals, businesses, and federal agencies in the District of Columbia.

23. Since January 2004, AFRH has been aware that DC Water expected to be paid for the provision of sewer services to the buildings on AFRH-W's grounds.

24. The fair market value of the services provided to AFRH by DC Water since January 22, 2010 is $15,000,000.

25. If AFRH does not compensate DC Water for the services provided, AFRH will be unjustly enriched in the amount of $15,000,000.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

1. Awarding DC Water damages in the amount of $15,000,000 plus pre- and post-judgment interest; and
2. Ordering AFRH to pay for future sewer services in a timely manner; and
3. Such other and further relief as this Court deems just and proper.

Dated: January 9, 2018                           Respectfully submitted,

DC Water and Sewer Authority

By:

/s/ Frederick A. Douglas

_____
Frederick A. Douglas DC Bar No. 197897
Curtis A. Boykin, DC Bar No. 444120
**DOUGLAS & BOYKIN PLLC**
1850 M. Street NW, Ste. 640
Washington, DC 20036
T. 202 776.0370
F. 202 776.0975
fadouglas@douglasboykin.com
caboykin@douglasboykin.com